JS-6

1  DANIEL A. BROWN, State Bar No. 155181          [SPACE BELOW FOR COURT USE ONLY]
   THE LAW OFFICES OF LARRY H. PARKER, INC.
2  350 San Antonio Drive
   Long Beach, California 90807-0948
3  (562) 427-2044  Fax (562) 490-9855

5  Attorneys for Plaintiff Jorge Rivas

8                UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

11 | JORGE RIVAS;                        | NO. EDCV10- 02011- RGK(SHx)
   |                                      | [San Bernardino Superior Court, Action
12 |         Plaintiff,                   | No. CIVRS1010319]
13 |     v.                               | ORDER ON STIPULATION FOR
   |                                      | REMAND TO CALIFORNIA SUPERIOR
14 | RAY WESLEY AUSTIN III; FFE           | COURT, COUNTY OF SAN
   | TRANSPORTATION SERVICE;              | BERNARDINO
15 | THE CONWELL CORPORATION;             |
   | and DOES 1 through 100, Inclusive,   |
16 |                                      |
   |         Defendants.                  |

18  IT IS ORDERED THAT:

19      1.   That the amount in controversy in this matter does not exceed $75,000,
20  therefore, the requirements for diversity jurisdiction are not met.
21      2.   That this case be remanded to the Superior Court of California, County of
22  San Bernardino, the Court where this action was originally filed.
23      3.   Should this matter not resolve before trial Plaintiff will not request more
24  then $75,000 in damages at trial.

26  Dated: 02·09·11

                                          R. GARY KLAUSNER
                                          UNITED STATES DISTRICT JUDGE

-1-

ORDER ON STIPULATION FOR REMAND TO CALIFORNIA SUPERIOR COURT, COUNTY OF SAN BERNARDINO